# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**ALLSTATE INSURANCE COMPANY,**
As subrogee of Sara Wimberley,

    Plaintiff,

v.

**HENDRIX ELECTRIC LLP,**

    Defendant.

**Docket No. 10-cv-01270-JDB**

**JURY DEMANDED**

## NOTICE OF APPEARANCE

RUSSELL E. REVIERE hereby enters an appearance as counsel of record for Defendant, HENDRIX ELECTRIC LLP, in this cause.

    RAINEY, KIZER, REVIERE & BELL, P.L.C.

    By:   s/ Russell E. Reviere
        RUSSELL E. REVIERE, #7166
        *Attorney for defendant Hendrix Electric LLP*
        209 East Main Street
        P. O. Box 1147
        Jackson, TN 38301-1147
        (731) 423-2414

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served via the Court's ECF filing system upon:

| | |
|---|---|
| J. David Wicker, Jr. | Brad M. Gordon |
| Corbett Crocket | Grotefeld, Hoffman, Schleiter, |
| Suite 1050 American Center | Gordon & Ochoa, LLP |
| 3100 West End Ave. | 311 South Wacker Dr., Ste. 4500 |
| Nashville, TN 37203 | Chicago, Il 60606 |

This the 11th day of November, 2010.

s/ Russell E. Reviere